IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:22-CV-00011-FL

| | |
|---|---|
| 85° AND SUNNY, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) **ORDER** |
| CURRITUCK COUNTY, NORTH CAROLINA and its BOARD OF COMMISSIONERS, | ) |
| *Defendants*. | ) |

UPON CONSIDERATION of the Parties' Joint Motion for Temporary Stay of Proceedings and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

It is further ORDERED that litigation deadlines in this matter are STAYED and that all pending deadlines are tolled.

It is further ORDERED that the Parties shall file a joint status report with the Court no later than sixty (60) days following the date of the entry of this Order. If efforts at a resolution are unsuccessful, the Parties shall file a proposed amended scheduling order to govern the remaining litigation. At any time, either Party may request that the stay be lifted.

**AND IT IS SO ORDERED.**

May 17th, 2023

_____
LOUISE W. FLANAGAN
United States District Judge

CONSENTED TO:

/s/ Steven D. Weber
Steven D. Weber
N.C. State Bar No. 20189
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon St., Ste. 800
Charlotte, North Carolina 28202
Tel.: (704) 372-9000
Email: steveweber@parkerpoe.com
*Counsel for Plaintiff 85° And Sunny, LLC*

/s/ G. Nicholas Herman
G. Nicholas Herman
N.C. State Bar # 10923
1526 East Franklin Street, Suite 200
Chapel Hill, North Carolina 27514
Tel.: (919) 929-3905 Fax: (919) 942-5742
Email: herman@broughlawfirm.com

/s/ Megan E. Morgan
Megan E. Morgan
N.C. State Bar # 47600
153 Courthouse Road, Ste. 210
Currituck, North Carolina 27929
Tel.: (252) 232-0300
Email: megan.morgan@currituckcountync.gov
*Counsel for Defendants*